# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ESURANCE PROPERTY & CASUALTY INSURANCE COMPANY, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 19-0404-CG-B ) |
| DENISE MICHELLE BEASLEY, as Mother and next friend of JS, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

The Plaintiff having filed a Notice of Partial Dismissal Solely as to Defendant, Mississippi Farm Bureau Casualty Insurance Company (Doc. 21) and a Notice of Partial Dismissal Solely as to Defendant, Mississippi Division of Medicaid (Doc. 22), and there having been no answer or motion for summary judgment filed by said Defendants, Plaintiff's claims against Mississippi Farm Bureau Casualty Insurance Company and Mississippi Division of Medicaid are hereby **DISMISSED without prejudice** pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 3rd day of September, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE