# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ESURANCE PROPERTY & CASUALTY INSURANCE COMPANY, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO 19-0404-CG-B ) |
| DENISE MICHELLE BEASLEY, as Mother and Next Friend of JS, <u>et al</u>., | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

This cause is before the Court on the Plaintiff's Notice of Partial Dismissal Without Prejudice Solely as to Defendant, Michael Paul Sanmartino filed on February 4, 2020 (Doc. 65). There having being no valid proof of service filed as to said defendant and therefore no answer or motion for summary judgment filed by said defendant, Plaintiff's complaint against Michael Paul Sanmartino is dismissed without prejudice pursuant to 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 4th day of February, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE